
 
 
 
 1
  Lianne Mercer; Jeremy Mercer; Karen Sublett; Barbara Snow; Ultreia Homes LLC, a Colorado LLC, d/b/a Courtyard at San Miguel and Yuma; Kevin Comesky; Marissa Comesky; William Snider; Ruth Snider; Sylvia Wulf; Tracy Schlotman; Sara Webb; Ethan Howard; Lauren Howard; Mack Mason; and Abdillahi Jama Buni, Petitioners  v.  City of Colorado Springs, City Council. Respondent No. 25SC19Supreme Court of Colorado, En BancAugust 4, 2025

 Court
 of Appeals Case No. 24CA434

2

 Petition
 for Writ of Certiorari DENIED.

 
